MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Robert Mathew Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Clare County Munizipal Corporation

Genesee County Muniupal corporation

Deputy williams, officer in clare County

Deputy Major, officer in clare county

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 4:22-cv-10491
Judge: Kumar, Shalina D.
MJ: Morris, Patricia T.
Filed: 02-26-2022
PRIS SMITH VS CLARE COUNTY MUNICIPAL
CORPORATION ET AL (DP)

Jury Trial:  ☐ Yes   ☐ No
   *(check one)*

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Robert Mathew Smith

All other names by which you have been known:

_____

_____

ID Number    57357-039

Current Institution    Federal Correctional Institution

Address    P.o Box 1000

Milan, Michigon 48160

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Clare County Municipal Corporation

Job or Title
(if known)    _____

Shield Number    _____

Employer    _____

Address    255 W. Main ST

Harrison MI 48625

☐  Individual capacity          ☒  Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

Defendant No. 2

Name            Genesee County Municipal Corporation

Job or Title
(if known)

Shield Number

Employer

Address         1002 S. Saginaw ST.
                Flint MI 48502

☐  Individual capacity         ☒  Official capacity

Defendant No. 3

Name            Deputy Major

Job or Title    Deputy of Clare County
(if known)

Shield Number

Employer        Clare County Sheriff Department

Address         255 W. Main ST
                Harrison MI 48625

☐  Individual capacity         ☒  Official capacity

Defendant No. 4

Name            Deputy williams.

Job or Title    Deputy of Clare County
(if known)

Shield Number

Employer        Clare County Sheriff Department

Address         255 W. Main ST
                Harrison MI 48625

☐  Individual capacity         ☒  Official capacity

3

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

A) The Right to due process,

B) Being Denied The Right of Being Transfered with Important legal paperwork which contained Important Appeal forms.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Right to Due Process,

A prisoner Has The Right to be transfered with his or her property Including personal and Including His or her legal work. which Denies Him or her of Their Right of Access To Courts.

4

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

A) Genesee County Jail Failed to Follow Rules and Regulations on packing up A prisoner's legal and person property upon transfer of prisoner. Caused prisoner to not Recieve any of his legal work and miss An Important Court Imposed deadline to File his Appeal Form.

B) Clare County Jail Failed to Follow Rules and Regulations on Retriving A prisoners personal $ legal paperwork property in A timely Fashion, which Caused Prisoner to loose All his legal paper work. and miss An Important Court Imposed deadline to File his Appeal Form

C) Clare County Deputys Major $ williams Refused to Return to Genesee County Jail on March 12 2019 to Retrieve MR Smith's legal $ personal property after MR Smith Begged Them Several times Stating That MR Smith Had Important legal work he needed at Genesee County Jail. That had to be turned in to Genesee County Circuit court before he missed his Court Imposed Deadline. MR Smith was laughed at by both Deputys and told Good luck. Both Deputy Major $ Deputy williams actions on March 12th 2019 Caused MR Smith to miss. his Court Imposed Deadline and Infact Never Recieve his legal paper work.

**III.  Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

**IV.  Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Following page

5

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

## IV   Statement of Claim   Pg 5

A) Genesee County Jail Failed to Follow Rules and Regulations on packing up a prisoner's legal & personal property Apon transfer of prisoner. These Actions Caused prisoner to Not Recreve any of his legalwork and miss AN Important Court Imposed deadline of 42 days to file His Appeal form.

B) Clare County Jail Foiled to follow Rules And Regulations on Retriving A prisoners personal & legal paperwork property in a timely fashion which Caused prisoner to loose All his legal paperwork and Miss A very Important Court Imposed deadline of 42 days to file his Appeal form

C) Clare County Deputys Major and Deputy williams Refused To Return to Genesee County Jail on March 12Th 2019 To Retrieve MR Smith's personal property and legal work. after MR Smith Begged Them several times, stating "MR Smith had Important legalwork he needed to Retrieve at Genesee County Jail. That had to be turned into Genesee County Circuit Court before he missed his Court Imposed deadline,
MR Smith was laughed at by both Deputys and told Good luck
Both Deputy Major and Deputy williams actions on March 12th 2019 Caused MR Smith to miss his Court Imposed Deadline of 42 days and infact Never Recieve his legal paper work.

D) Even Though MR Smith Had legal Representation on his Federal Case. IT is not The Federal Attorney's Responsibility to Do or help with anything but ! The Federal Case he is Representing for his client. MR Smith. Federal Attorney was not his State Attorney or A Appeal Attorney.

"Additional Information"

IV Statement of Claim pg #5
Continued

E) Any Prisoner or Inmate at any County Jail or prison has The Right to File Their Appeal weather or not it is A Frivolous or Non Frivolous Claim That is for the Appeals Court to Decide. Not A matter to be Decided in A Civil Rights Complaint.

F) Smith Did have Representation on his State Case also for his federal Case. The Attorney for MR Smiths State case was finished helping MR Smith when Smith was Sentenced on his state Case. MR Smith federal Attorney was provided for his federal Case and MR Smiths federal Case only, AN Appeal form Needs to be filed to Recieve AN Appeals Attorney to work on That Case Alone for MR Smith. So Therefore Depriving MR Smith of his legal work, Deprived MR Smith of His First Amendment Requirement of Access To The Courts.

Page Number: 16

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

Being Transfered from Genesee County Jail To Federal Holding in Clore County Jail. on March 12th 2019 at 9 AM

C.     What date and approximate time did the events giving rise to your claim(s) occur?

March 12th 2019 @ Approximately 9 Am.

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On March 12th 2019 AT 9Am, I was pulled out of my Cell in Genesee County Jail. By Genesee County Deputy's and Told I was Going TO Federal Court, I was told TO hurry Cause Deputy's were Waiting to Transport me to Court. And They were in a hurry. When I Got down to Booking. There were 2 Clare County Deputy's waiting to transport me instead of Genesee County Deputy's.

Clare County Deputy Major and Deputy Williams Transported Me to Federal Court after federal Court was over I was told I was being Transfered to Clare County Jail for Federal Holding. I asked Clare County Deputy's if we Could Go back to Genesee County Jail So I may Retrieve All my Important Court and legal Paperwork, I was Denied The Right to Retrieve my legal paperwork Seveal times. I was laughed at Several times and told Good luck Getting your legal work. for Several months I Asked and wrote Several kites to Several Clare County Deputys asking if my legal paperwork was ever picked up. I Recieved no answer, Included In my legal paperwork was An Appeal form for my State CCW Case I was Sentenced on March 4th 2019 I never Recieved This form Cause of There actions and Therefore I missed A court Imposed Deadline of 42 days to File my Appeal form.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Recieved No physical Injuries.

I Recieved Mental Injuries along with my Right to Due Process.

My Right to File My State Appeal form in a timely manner before My Court Imposed Deadline.  The Actions of The Defendants Caused Me to not be able to File My Appeal for my State CCW Case I was Sentenced to on March 4th 2019,

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

A). Plaintiff is Asking The courts to Declare Aforementioned acts unconstitutional, and enjoin Defendants from Continuing Them.

B) Enter Judgement in favor of plaintiff and Against Defendants.

C) Award plaintiff Damages in The Amount of upwards of $30,000

D) Award plaintiff any other relief Deemed Just and Equitable as This Honorable Court See's fit.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Clare County Jail.

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐    Yes

☒    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☒    No

☐    Do not know

If yes, which claim(s)?

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐    Yes

☒    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☒    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Clare County Jail Didn't have A Grievance procedure. They Had Inhouse kites to fill instead. And I Filed Several Inhouse kites Asking for The Return of my legalwork Including My Appeal form,

2.    What did you claim in your grievance?

I Claimed I was Transported without my legal work And I needed my Appeal form So I Could file my Appeal before The Court Imposed Deadline was over, I had no money to Call anyone for help. And I had no legal paperwork So I Couldn't write The Courts to explain my Situation Cause I didn't have The Address, I Exhausted my Remedies,

3.    What was the result, if any?

A) I was Ignored on All kites and Help from Deputys at clare County Jail.
B) I was Therefore Denied The Right to file. my Appeal.

10

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed my original civil suit. Since I Couldn't Get Clare County Deputy's to Answer my kites, or pick up my legal work.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

Clare County Jail Never Gave me A Grievance form everything was done on kites, And those were All Ignored Also. I Recieved No help or Acknowledgement.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

A) LT. Dunn          , F) Deputy Williams.
B) Deputy Parks        G) other Deputys who no longer work There.
C) Deputy Avery       I Recieved No help and no
D) Deputy Hanes       Responses to my Inhouse kites.
E) Deputy Major

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

1) I Had no money in my Inmate account to even make A phone Call To Recieve The Courts Address to write for help.

2) Because I had no legal work I had no Address to write The Courts for Assistance.

3) I wrote Several kites and Asked orally to Clare County Deputy's To help Get me The Address I needed and Recieved no help.

4) I Had no way to Contact The Courts About my Appeal form. And Appealing my state CCW Sentence.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

A) I Did not Recieve any kite's Back pertaining to my Request's for Assistance.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s)  Robert M Smith

Defendant(s)  Deputy Major, Deputy williams, Sheriff Swanson, Sheriff wilson, Clare County, Genesee County Municipal corporations,

2. Court *(if federal court, name the district; if state court, name the county and State)*

United states District Court Eastern District of Michigan Southern Division

3. Docket or index number

2: 19-CV-12079-DML-DRG

12

MIED ProSe 14 (Rev 5/16) Complaint for Violation of Civil Rights (Prisoner Complaint)

4. Name of Judge assigned to your case

*Honorable David M. Lawson*

5. Approximate date of filing lawsuit

*May of 2019*

6. Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. *8-26-21*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Case was Dismissed and An Appeal is filed waiting to hear back on Appeal*

*Appeal Case # is # 21-1625 In The united states Court of Appeals 6th circuit*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

13

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

If no, give the approximate date of disposition. _____

7.     What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

_____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *Febuary 26th*, 20*22*.

Signature of Plaintiff _____*Robt M Smth*_____

Printed Name of Plaintiff _____*Robert M Smth*_____

Prison Identification # _____*57357-039*_____

Prison Address _____*Federal Correctional Institution P.o Box 1000*_____

*Milan*                              *MI*                              *48160*

City                              State                              Zip Code

14

Robert M. Smith.
#57357-039
Federal Correctional Institution
P.O Box 1000
Milan, MI. 48160

RECEIVED
MAR - 7 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

Postmark not legible

Signed 2/24/22

United States District Court
for The Eastern District of Michigan

office of The Clerk.

Theodore Levin. United states Courthouse.
231 West. Lafayette Blvd. Rm 564
Detroit, Michigan 48226